**Fill in this information to identify the case:**

Debtor 1       <u>Dennis J Reardon, III</u>

Debtor 2       <u>Maureen M. Reardon</u>
(Spouse, if filing)

United States Bankruptcy Court for the <u>Boston</u>
District of <u>District of Massachusetts</u>

Case number    <u>15-13892-MSH</u>

---

<u>Official Form 410S1</u>

# Notice of Mortgage Payment Change                                12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>     Selene Finance, as servicer for CP -SRMOF II 2012-A TRUST, U.S. Bank   Trust National Association, not in Its individual capacity but solely as Trustee                      </u>

**Court claim no.** (if known): <u>10-2</u>

**Last 4 digits** of any number you use to identify the debtor's account:      <u>9627</u>

**Date of payment change:**
Must be at least 21 days after date of this notice         <u>04/01/2019</u>

**New total payment:**
Principal, interest, and escrow, if any    $ <u>2,650.19</u>

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ <u>868.56</u>          New escrow payment: $ <u>534.55</u>

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%          New interest rate: _____%

Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____
Current mortgage payment: $ _____          New mortgage payment: $ _____

---

Official Form 410S1            **Notice of Mortgage Payment Change**                      page 1
                                                                                          246

Debtor 1  <u>Dennis J Reardon, III and Maureen M. Reardon</u>        Case number (*if known*) <u>15-13892-MSH</u>
          First Name     Middle Name      Last Name

---

**Part 4:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <u>/s/Joshua Ryan-Polczinski</u>                              Date <u>03/08/2019</u>
  Signature

Print:     <u>Joshua Ryan-Polczinski</u>                 Title <u>Attorney</u>
           First Name    Middle Name    Last Name

Company    <u>Harmon Law Offices, P.C.</u>

Address    <u>150 California Street</u>
           Number         Street

           <u>Newton MA 02458</u>
           City                  State     ZIP Code

Contact phone ( <u>617</u> ) <u>558</u> – <u>0500</u>              Email <u>mabk@harmonlaw.com</u>

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Dennis J Reardon, III and Maureen M. Reardon,<br>Debtors | Case No. 15-13892-MSH<br>Chapter 13 |

CERTIFICATE OF SERVICE

I, Joshua Ryan-Polczinski, state that on March 8, 2019, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of Selene Finance, as servicer for CP -SRMOF II 2012-A TRUST, U.S. Bank Trust National Association, not in Its individual capacity but solely as Trustee using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Mark Nestor
Carolyn Bankowski
John Fitzgerald
Stephen G. Murphy
Tatyana P. Tabachnik

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Dennis J Reardon, III
17 Swampscott Ave
Peabody, MA 01960

Maureen M. Reardon
17 Swampscott Ave
Peabody, MA 01960

Respectfully submitted,

Selene Finance, as servicer for CP -SRMOF II 2012-A TRUST, U.S. Bank Trust National Association, not in Its individual capacity but solely as Trustee,
By its Attorney

/s/Joshua Ryan-Polczinski
Joshua Ryan-Polczinski
BBO# 678007
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: 03/08/2019

# Exhibit A

Please Note:
The Documents Appended Hereto Have Been Redacted
To Prevent Any Possible Disclosure of Personal And Private Information

Any Documents Marked As A True And Correct Copy
Have Also Been Redacted For This Purpose

**SELENE FINANCE**
9990 Richmond, Suite 400 South
Houston, TX 77042-4546

REPRESENTATION OF PRINTED DOCUMENT

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

LOAN NUMBER: [REDACTED]
DATE: February 25, 2019

# REDACTED

[REDACTED]

DENNIS J REARDON III
MAUREEN M REARDON
17 SWAMPSCOTT AVE
PEABODY MA 01960-5832

|  | Previous Payment | New Payment Effective 04/01/19 |
|---|---|---|
| PRINCIPAL AND INTEREST | $2,115.64 | $2,115.64 |
| ESCROW | $510.84 | $534.55 |
| SPREAD | $357.72 | $.00 |
| TOTAL PAYMENT | $2,984.20 | $2,650.19 |

CUSTOMER SERVICE 877-735-3637

## COMING YEAR ESCROW PROJECTION

The purpose of the Coming Year Escrow Projection is to determine the lowest balance ("Low Point") to which your escrow account will decline over the coming year. The projection of the Low Balance [illegible] compare the projected amounts to the projected low point. If the projected low point is greater than the allowable low point there is a surplus. If there is a surplus of $50 or more, automatically refunded to you. If the surplus is less than $50, we have lowered your payment accordingly. If the projected low point is less than the allowable low point there is a deficiency which will be recovered by an adjustment to your monthly payment over a specified number of months. The adjustment amount appears on the Loan Balance Summary and New Payment information.

| ANTICIPATED ESCROW DISBURSEMENT | | MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|---|---|
| HOMEOWNERS INS | 1,768.00 | | | BEGINNING BALANCE | | 4,765.68 | 1,831.29 |
| CITY TAXES | 1,077.92 | 04/19 | 534.55 | | .00 | 5,300.23 | 2,365.84 |
| CITY TAXES | 1,077.92 | 05/19 | 534.55 | CITY TAXES | -1,115.35 | 4,719.43 | 1,785.04 |
| CITY TAXES | 1,376.08 | 06/19 | 534.55 | | .00 | 5,253.98 | 2,319.59 |
| CITY TAXES | 1,115.35 | 07/19 | 534.55 | | .00 | 5,788.53 | 2,854.14 |
| | | 08/19 | 534.55 | CITY TAXES | -1,077.62 | 5,245.46 | 2,311.07 |
| | | 09/19 | 534.55 | | .00 | 5,780.01 | 2,845.62 |
| TOTAL DISBURSEMENTS DIVIDED BY 12 MONTHS | 6,414.67 | 10/19 | 534.55 | | .00 | 6,314.56 | 3,380.17 |
| | | 11/19 | 534.55 | HOMEOWNERS INS | -1,768.00 | 5,081.11 | 2,146.72 |
| | | 11/19 | .00 | CITY TAXES | -1,077.62 | 4,003.49 | 1,069.10 |
| MONTHLY ESCROW DEPOSIT | 534.55 | 12/19 | 534.55 | | .00 | 4,538.04 | 1,603.65 |
| | | 01/20 | 534.55 | | .00 | 5,072.59 | 2,138.20 |
| LOW BALANCE SUMMARY | | 02/20 | 534.55 | CITY TAXES | -1,376.08 | 4,231.06 | 1,296.67 |
| PROJECTED LOW POINT | 4,003.49 | 03/20 | 534.55 | | .00 | 4,765.61 | 1,831.22 |
| ALLOWABLE LOW POINT | 1,069.10 | TOTAL | 6,414.60 | | -6,414.67 | | |
| SURPLUS | 2,934.39 | | | | | | |
| SHORTAGE | .00 | | | | | | |
| ESCROW ADJUSTMENT FOR 12 MONTHS | .00 | | | | | | |

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

## IMPORTANT MESSAGES

For your convenience, the escrow surplus check is attached directly below.

NMLS # [REDACTED]

PLEASE RETURN LOWER PORTION WITH YOUR PAYMENT AND KEEP THE TOP PORTION FOR YOUR RECORDS

**INTERNET REPRINT**

**SELENE FINANCE**

17 SWAMPSCOTT AVE



| CHECK NO | MO/Day/YR |
|---|---|
| [REDACTED] | 02/22/19 |
| AMOUNT | |
| $2,934.39 | |

VOID IF NOT CASHED WITHIN 180 DAYS

FOR PAYMENT OF ESCROW TO MORTGAGOR

**TWO THOUSAND NINE HUNDRED THIRTY-FOUR AND 39/100 DOLLARS**

PAY TO THE ORDER OF
DENNIS J REARDON III
MAUREEN M REARDON
17 SWAMPSCOTT AVE
PEABODY MA 01960-5832

ESCROW ACCOUNT HISTORY

Loan Number: ███████                                                                          Date: April 1, 2019

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.
- An asterisk (*) indicates a difference from the projected activity in either the amount or date.
- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.
- Your projected low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received earlier OR later than expected
- Monthly payment(s) received were less than OR greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

| MONTH | PAYMENTS TO ESCROW | | DISBURSEMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| | PROJECTED | ACTUAL | PROJECTED | ACTUAL | DESCRIPTION | PROJECTED | ACTUAL |
| | | | | | BEGINNING BALANCE | 1,532.57 | -151.92 |
| 03/18 | 510.84 | 440.89 | | | | 2,043.41 | 288.97 |
| 04/18 | 510.84 | .13 | 1,177.17 | 1,115.35* | COUNTY TAXES | 1,377.08 | -826.25< |
| 05/18 | 510.84 | 1,737.12 | | | | 1,887.92 | 910.87 |
| 06/18 | 510.84 | 868.56 | | | | 2,398.76 | 1,779.43 |
| 07/18 | 510.84 | 868.56 | 1,039.90 | 1,077.62* | CITY TAXES | 1,869.70 | 1,570.37 |
| 08/18 | 510.84 | 1,737.12 | | | | 2,380.54 | 3,307.49 |
| 09/18 | 510.84 | | | | | 2,891.38 | 3,307.49 |
| 10/18 | 510.84 | 1,683.72 | 1,039.90 | 1,077.62* | CITY TAXES | 2,362.32 | 3,913.59 |
| 10/18 | | | | 1,768.00 | HOMEOWNERS INS | 2,362.32 | 2,145.59 |
| 11/18 | 510.84 | | 1,696.00 | | | 1,177.16 | 2,145.59 |
| 12/18 | 510.84 | 879.65 | | | | 1,688.00 | 3,025.24 |
| 01/19 | 510.84 | 868.56 | 1,177.16 | 1,376.08* | CITY TAXES | 1,021.68< | 2,517.72 |
| 02/19 | 510.84 | 868.56 | | 2,934.39* | ENMASSE REFUND | 1,532.52 | 451.89 |
| TOTALS | 6,130.08 | 9,952.87 | 6,130.13 | 9,349.06 | | | |

Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed $1,021.63 or 1/6th of the total anticipated annual disbursement from your escrow account, unless your mortgage documents or state law specifies a lower amount. When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount. Under the Mortgage Contract or State or Federal Law, the targeted low point in your escrow account is $1,021.63 and the actual low point balance was -$826.25; the amount is indicated with an arrow (<).

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.